Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET    U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**    ◯ YES    ◉ NO    **DOCKET NUMBER:**  3:26-CR- 77-SCR

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**    :**US** vs ERIC DARNELL FRAZIER

**COUNTY OF OFFENSE**    :    MECKLENBURG

**RELATED CASE INFORMATION**    :

    *Magistrate Judge Case Number*    :

    *Search Warrant Case Number*    :

    *Miscellaneous Case Number*    :

    *Rule 20b*    :

**SERVICE OF PROCESS**    :    ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ◯ Petty    ◯ Misdemeanor    ◉ Felony

18 U.S.C. § 922(g)(1)  18 U.S.C. § 924(c)  21 U.S.C. § 841(a) )

**JUVENILE:**    ◯ Yes    ◉ No

**ASSISTANT U. S. ATTORNEY**    :    WILLIAM BOZIN

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED**    :    NO

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving)