# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. | Eric Darnell Frazier

Case Number: | 3:26-CR- 77-SCR

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 USC 922(g) | n/a | Maximum penalty: 15 years' imprisonment, a $250,000 fine or both, and not more than 3 years of supervised release; |
| 2 | 21 USC 841(a); 841(b)(1)(C) | n/a | Maximum penalty: 20 years' imprisonment, a $1 million fine or both, and not less than 3 years of supervised release; |
| 3 | 18 USC 924(c) | 5 years' imprisonment (consecutive) | Maximum penalty: life imprisonment, a $250,000 fine or both, and no more than 5 years of supervised release; |
| 4 | 21 USC 841(a); 841 (b)(1)(C) | n/a | Maximum penalty: 20 years' imprisonment, a $1 million fine or both, and not less than 3 years of supervised release; |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO
\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE