FILED
Charlotte
6/22/2026
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ERIC DARNELL FRAZIER | ) |
| | ) Case No. 3:26-cr-77-SCR |
| | ) |
| _____ | ) |
| Defendant | ) |

**RECEIVED**
**UNITED STATES MARSHAL**

**5:00 pm, Apr 22 2026**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested*      ERIC DARNELL FRAZIER                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:
☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 922(g)(1)
   18 U.S.C. § 924(c)
   21 U.S.C. § 841(a)

Date:  4/21/26

_____
*Issuing officer's signature*

City and state:    Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4-22-26 , and the person was arrested on *(date)* 6/19/26 at *(city and state)* charlotte NC . |
| Date: 6/22/26          _____  *Arresting officer's signature*  SA sean Solomon - ATF  *Printed name and title* |